# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JORDAN MICHAEL PORTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-1244-F |
| | ) |
| LIEUTENANT BURK, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, recommending that the court (1) deny plaintiff's application for leave to proceed *in forma pauperis;* (2) order plaintiff to pay the full $400.00 filing fee within 21 days of any order adopting the Report and Recommendation; and (3) dismiss the action without prejudice to refiling if plaintiff fails to timely pay the filing fee to the clerk of the court, or to show good cause for the failure to do so. Magistrate Judge Goodwin advised plaintiff of his right to file an objection to the Report and Recommendation by January 12, 2017 and further advised that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

Plaintiff has neither filed an objection to the Report and Recommendation nor sought an extension of time to file one. With no objection being filed by plaintiff within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 6) issued by United States Magistrate Judge Charles B. Goodwin on December 22, 2016 is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The court **ORDERS** as follows:

(1) Plaintiff's Application for Leave to Proceed In Forma Pauperis (doc. no. 2), filed October 31, 2016, is **DENIED**;

(2) Plaintiff shall pay the full $400.00 filing fee to the clerk of the court within 21 days of the date of this order; and

(3) Plaintiff's failure to timely pay the filing fee or to show good cause for not doing so shall result in the dismissal of this action without prejudice to refiling.

DATED this 26th day of January, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1244p001.docx